In the Matter of the Application of JOSEPH E. SERGIO CUEVAS, JR., Appellant, for an Order of Mandamus against JOAB H. BANTON, as District Attorney of New York County, Respondent.

*Appeal — leave not obtained — papers on appeal not served — motion granted and appeal dismissed.*

*Matter of Cuevas*, 215 App. Div. 708, appeal dismissed.
(Submitted March 29, 1926; decided April 6, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 11, 1925, which dismissed an appeal by appellant from an order of the Special Term denying an application for an order of mandamus.

The motion was made upon the grounds that permission to appeal had not been obtained and that appellant had failed to serve the record on appeal.

*Joab H. Banton, District Attorney (Edwin B. McGuire,* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.